UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL TROFATTER,

        Plaintiff,                      Case Number: 5:09-CV-13457

v.                                        HON. JOHN CORBETT O'MEARA

KRISTINA KIRY and ANNE M.
WESTFALL,

        Defendants.
        _____/

## ORDER OF TRANSFER

Plaintiff Michael Trofatter has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of actions taken by defendants in connection with their employment by the Ingham County Circuit Court. Ingham County is located in the Western District of Michigan. *See* 28 U.S.C. § 102(b). The defendants reside and the claims arose in the Western District of Michigan. *See id.* Therefore, venue is not appropriate in this district.

Accordingly, in the interests of justice, the Court transfers Plaintiff's case to the United States District Court for the Western District of Michigan, Southern Division and **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan, Southern Division.

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: September 28, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 28, 2009, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager